UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICA FIRST LEGAL
FOUNDATION,
611 Pennsylvania Ave., SE #231
Washington, D.C. 20003

    *Plaintiff,*

  v.

UNITED STATES DEPARTMENT OF
JUSTICE
950 Pennsylvania Ave. NW
Washington, DC 20530,

    *Defendant.*

Civil Action No.: 24-1628

# COMPLAINT

1. Plaintiff America First Legal Foundation ("AFL") brings this action against the United States Department of Justice ("DOJ") to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Additionally, it may grant declaratory relief pursuant to 28 U.S.C. § 2201, *et seq*.

3. Venue is proper in this District pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. The Plaintiff, AFL, is a nonprofit organization working to promote the rule of law in the United States, prevent executive overreach, ensure due process and equal protection for all Americans, and encourage public knowledge and understanding of the law and individual rights guaranteed under the United States Constitution and the laws of the United States. AFL's mission includes promoting government transparency and accountability by gathering official information, analyzing it, and disseminating it through reports, press releases, and/or other media, including social media platforms, all to educate the public.

5. Defendant DOJ is an agency under 5 U.S.C. § 552(f), with its headquarters at 950 Pennsylvania Ave. NW, Washington, D.C. 20530.

6. The Defendant has possession, custody, and control of the requested records.

## BACKGROUND

7. In December 2022, New York County District Attorney Alvin Bragg reportedly hired Matthew B. Colangelo to "jump-start" his office's investigation of President Trump, due to Mr. Colangelo's "history of taking on Donald J. Trump and his family business." Jonah E. Bromwich, *Manhattan D.A. Hires Ex-Justice Official to Help Lead Trump Inquiry*, N.Y. TIMES (Dec. 5, 2022), https://tinyurl.com/2xwb25pp.

8. Mr. Colangelo previously served in senior positions in the U.S. Department of Justice and the New York Attorney General's Office, both of which

2

had competing investigations related to President Trump. *Id*. See also Letter from Chairman Jim Jordan, H. Comm. on the Judiciary, to Matthew B. Colangelo, Senior Couns., N.Y. Co. District Att'y's Off. (Apr. 7, 2024), https://tinyurl.com/55csem7n.

9. At the Biden Department of Justice, Mr. Colangelo served as the Acting Associate Attorney General — the number three official in the Department — before serving as the Principal Deputy Associate Attorney General upon the confirmation of Associate Attorney General Vanita Gupta. Letter from Chairman Jim Jordan, H. Comm. on the Judiciary, to the Hon. Letitia James, Att'y Gen. of the State of N.Y. (May 15, 2024), https://tinyurl.com/yvpuywsj.

10. Reportedly, District Attorney Bragg hired Mr. Colangelo to "jump-start" his office's investigation of President Trump. *Id. See also* Bromwich, *supra*.

11. On May 30, 2024, District Attorney Bragg's office obtained a guilty verdict on 34 charges against former President Donald Trump, but "contorted the law in an unprecedented manner in their quest to snare their prey." Elie Honig, *Prosecutors Got Trump — But They Contorted the Law*, INTELLIGENCER (May 31, 2024), https://tinyurl.com/3rdn979w.

12. On May 31, 2024, Chairman Jim Jordan called Mr. Colangelo to testify before the Select Committee on the Weaponization of the Federal Government for a hearing on June 13, 2024, to "examine actions by state and local prosecutors to engage politically motivated prosecutions of federal officials, in particular the recent political prosecution of President Donald Trump by the Manhattan District Attorney's Office."

Ashley Oliver, *House Republicans Ask Bragg and Colangelo to Testify Next Month*, WASH. EXAMINER (May 31, 2024), https://tinyurl.com/3km78ey6.

## AFL'S FOIA REQUEST

13. In 2023, AFL submitted a FOIA request to DOJ for one custodian, Matthew Colangelo, requesting:

> A. All records containing the terms "Trump" or "FPOTUS";
>
> B. All records containing the term "POTUS" before January 20, 2021;
>
> C. All calendars belonging to Matthew Colangelo and relating to his employment with the Department of Justice, in any role; and
>
> D. All records of or regarding the processing of items A, B, and C.

Ex. 1.

14. This request sought a fee waiver. *Id.*

15. On August 23, 2023, AFL received a letter from DOJ acknowledging the request and assigning it tracking number FOIA-2023-02306. Ex. 2.

16. That email invoked an extension of ten days for "unusual circumstances" and assigned the request to the complex processing track. *Id.*

17. On August 28, 2023, DOJ sent AFL an email requesting that AFL narrow the scope of the request. *See* Ex. 3.

18. On August 28, 2023, AFL replied, agreeing "to exclude publicly available news article compilations, provided they were not commented on by department personnel." *See id.*

19. As of the date of this filing, DOJ has not released any records responsive to this request.

## CLAIM FOR RELIEF

### Violation of the FOIA, 5 U.S.C. § 552

20. AFL repeats paragraphs 1–19.

21. AFL properly requested records within the possession, custody, and control of the Defendant.

22. The Defendant failed to conduct searches for responsive records.

23. Moreover, because Defendant failed to conduct searches, it has failed to disclose any segregable, non-exempt portions of responsive records. *See* 5 U.S.C. § 552(b).

24. The Defendant has failed to respond to AFL's requests within the statutory time period. *See* 5 U.S.C. § 552(a)(6).

25. Accordingly, AFL has exhausted its administrative remedies. *See* 5 U.S.C. § 552(a)(6)(C).

26. The Defendant has violated the FOIA by failing to reasonably search for records responsive to AFL's FOIA request and release nonexempt records within the prescribed time limit.

## PRAYER FOR RELIEF

WHEREFORE, AFL respectfully requests that this Court:

i. Declare that the records sought by AFL's requests must be disclosed pursuant to 5 U.S.C. § 552;

ii. Order the Defendant to search immediately, demonstrating search methods reasonably likely to lead to the discovery of responsive records;

iii. Order the Defendant to produce by a date certain all non-exempt records responsive to AFL's FOIA requests, accompanied by a Vaughn index of any responsive records or portions of responsive records being withheld under a claim of exemption;

iv. Order the Defendant to grant AFL's requests for fee waivers;

v. Award AFL attorneys' fees and costs incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

vi. Grant AFL such other and further relief as this Court deems proper.

Date: June 3, 2024

Respectfully Submitted,

/s/ *Michael Ding*
Michael Ding (D.C. Bar No. 1027252)
William Scolinos (D.C. Bar No. 90023488)
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
(202) 964-3721
Michael.Ding@aflegal.org
William.Scolinos@aflegal.org
*Counsel for America First Legal Foundation*