# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 1:24-cv-01628-SLS |

## NOTICE

Defendant the U.S. Department of Justice ("DOJ") respectfully informs the Court that some of the records being reviewed for responsiveness to the Freedom of Information Act ("FOIA") request in this case involve the Honorable Sparkle L. Sooknanan in her former capacity at DOJ's Office of the Associate Attorney General. Defendant provides this update following the transfer of this case on January 7, 2025, to this Court. *See* Jan. 7, 2025 Min. Order.

Dated: February 3, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Cynthia Liao*
CYNTHIA LIAO (CA Bar No. 301818)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
(202) 531-1325
cynthia.f.liao@usdoj.gov

*Counsel for Defendant*