UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 1:24-cv-01628-SLS |

## STATUS REPORT

Defendant U.S. Department of Justice ("DOJ") submits the following status report pursuant to the Court's November 1, 2024 Order.

1. Plaintiff filed this Freedom of Information Act ("FOIA") lawsuit on June 3, 2024. Defendant answered the Complaint on July 18, 2024. After Defendant filed its second status report on November 1, 2024, ECF No. 11, the Court ordered Defendant to file another status report by February 3, 2025.

2. Plaintiff requested the following records from custodian Matthew Colangelo, a former employee of the Office of the Associate Attorney General ("OASG"):

- "All records containing the terms 'Trump' or 'FPOTUS'";

- "All records containing the term 'POTUS' before January 20, 2021'";

- "All calendars belonging to Matthew Colangelo and relating to his employment with the Department of Justice, in any role"; and

- "All records of or regarding the processing of items A, B, and C."

ECF No. 1-1.

3. Defendant DOJ's Office of Information Policy ("OIP") processes FOIA requests for senior leadership offices within the Department, including OASG.

4. As discussed in previous status reports, OIP initially located over 32,000 potentially responsive records. After the parties agreed to exclude publicly-available news articles, the universe of potentially responsive records was narrowed to over 31,000 such records. ECF Nos. 10, 11. The parties then engaged in multiple rounds of discussions and agreed to exclude several more categories of documents. OIP then began manually applying those scoping agreements to the 31,000 potentially responsive records as part of its responsiveness review process. ECF No. 11.

5. Since the last report, OIP has completed its initial responsiveness review. Despite application of the parties' scoping agreements, the universe of remaining potentially responsive records still contains more than 9,000 records. While OIP's technology does not allow it to calculate an exact page count for these 9,000 records, based on random samplings of 100-record groups, OIP estimates that these 9,000 records would total approximately 178,000 pages. At a rate of 500 pages per month, processing 178,000 pages would take 356 months, or nearly 30 years.

6. Accordingly, on December 20, 2024, OIP informed Plaintiff of this estimated page count, and made six additional proposals to Plaintiff to further narrow the scope of potentially responsive records. For example, OIP proposed scoping out documents already available to the public, such as press releases and agency reports, or documents where Plaintiff's requested search terms appear only in the title or URL of a news article cited in another document. After Plaintiff declined these and other proposals on December 26, 2024, OIP invited Plaintiff to suggest additional search terms to use in combination with the broad terms in Plaintiff's original request, or to provide any additional scoping proposals to reduce the volume of potentially responsive records. As of the filing of this status report, OIP is awaiting Plaintiff's response.

7. Given the high volume of potentially responsive records and the parties' still-ongoing negotiations regarding the scope of the request, it is impractical to propose a schedule for further processing of the records or briefing of dispositive motions at this time. Defendant respectfully requests that the Court allow Defendant to file a further status report on or before May 19, 2025, to allow the parties to continue negotiating the scope of the request.

Dated: February 3, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Cynthia Liao*
CYNTHIA LIAO (CA Bar No. 301818)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
(202) 531-1325
cynthia.f.liao@usdoj.gov

*Counsel for Defendant*